| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James R. Selth - Bar #123420<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025<br><br>Phone: (310) 207-1494<br>Fax: (310) 442-0660<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>JACQUELINE R. TABOR<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 06/29/2018    Jacqueline R. Tabor    _/s/ Jacqueline R. Tabor_
                   Printed name of Debtor 1                Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                   Page 1                        F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer**. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                    Printed name of Debtor 2              Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 2                          F 1002-1.EMP.INCOME.DEC

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 64568 GLENDALE UNIFIED | | | | | 562 | C1K | 06-01-2018 | 3512078 |

| EMPLOYEE NAME | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES |
|---|---|---|---|---|
| TABOR, JACQUELINE R | XG5091792 | S / 00 | S / 00 | 00 |

### EARNINGS - COMPENSATION

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT |
|---|---|---|---|---|---|
| C M | REGULAR | 05-31-2018 | 9,483.33 | 22.00 | 9,483.33 |

### DEDUCTIONS/TAXES/MISC

| EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| PRE-TAX REDUCTIONS | | |
| STRS RED | 972.04 | 5,718.20 |
| MED REIM R | 48.00 | 288.00 |
| TCG TPA | 1,000.00 | 6,000.00 |
| EMPLOYEE DEDUCTIONS | | |
| MEDCAR DED | 136.81 | 804.74 |
| FWT | 1,241.31 | 7,427.17 |
| SWT | 485.06 | 2,808.20 |
| CTA IP | 61.42 | 368.52 |
| CTA | 109.50 | 657.00 |
| TSA FEE | 2.00 | 12.00 |
| EMPLOYER CONTRIBUTIONS | | |
| STRS CON | 1,368.44 | 8,050.12 |
| MEDCAR CON | 136.81 | 804.74 |
| SUI | 4.72 | 27.76 |
| WORK COMP | 227.51 | 1,338.34 |
| METLIFE #1 | 6.33 | 37.98 |
| BLUESHIELD | 682.73 | 4,096.38 |
| DDP | 67.90 | 407.40 |
| ALL OTHER | 105.92 | |

| LEAVE BALANCES | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | | FEDERAL | 7,463.29 | FEDERAL | 43,781.14 | GROSS PAY | 9,483.33 |
| SICK LEAVE | 848.00 | STATE | 7,463.29 | STATE | 43,781.14 | REDUCTIONS | 2,020.04 |
| AS OF DATE | 04-30-2018 | MEDI GROSS | 9,435.33 | MEDI GROSS | 55,499.34 | TAXES | 1,863.18 |
| | | OASDI GROSS | | OASDI GROSS | | DEDUCTIONS | 172.92 |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 9,483.33 | GROSS EARN'S | 55,787.34 | NET PAY | $5,427.19 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| GLENDALE UNIFIED | 223 N JACKSON ST | GLENDALE, CA 91206 |

---

GLENDALE UNIFIED

NO. 3512078

Date Issued 06-01-2018

Amount
$5,427.19

*FIVE THOUSAND FOUR HUNDRED TWENTY-SEVEN
AND 19/100 DOLLARS

LOCATION 562
ACCRUAL DATE
05-31-2018

NOT NEGOTIABLE

JACQUELINE R TABOR
5014 WHITSETT AVE UNIT 3
VALLEY VLG, CA 91607

NET PAY IN THE AMOUNT OF  $5,427.19
HAS BEEN DEPOSITED TO YOUR ACCOUNT

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | | | PAY LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 64568 GLENDALE UNIFIED | | | | | | | 562 | C1J | 05-01-2018 | 3362316 |
| EMPLOYEE NAME | | | | | EMPLOYEE ID | | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
| TABOR, JACQUELINE R | | | | | XG5091792 | | S / 00 | S / 00 | 00 | |
| EARNINGS - COMPENSATION | | | | | | | DEDUCTIONS/TAXES/MISC | | | |
| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT | | EMPLOYEE DEDUCTIONS | | CURRENT AMOUNT | YTD TOTALS |
| C M | REGULAR | 04-30-2018 | 9,483.33 | 20.00 | 9,483.33 | | PRE-TAX REDUCTIONS | | | |
| | | | | | | | STRS RED | | 972.04 | 4,746.16 |
| | | | | | | | MED REIM R | | 48.00 | 240.00 |
| | | | | | | | TCG TPA | | 1,000.00 | 5,000.00 |
| | | | | | | | EMPLOYEE DEDUCTIONS | | | |
| | | | | | | | MEDCAR DED | | 136.81 | 667.93 |
| | | | | | | | FWT | | 1,241.31 | 6,185.86 |
| | | | | | | | SWT | | 485.06 | 2,323.14 |
| | | | | | | | CTA IP | | 61.42 | 307.10 |
| | | | | | | | CTA | | 109.50 | 547.50 |
| | | | | | | | TSA FEE | | 2.00 | 10.00 |
| | | | | | | | EMPLOYER CONTRIBUTIONS | | | |
| | | | | | | | STRS CON | | 1,368.44 | 6,681.68 |
| | | | | | | | MEDCAR CON | | 136.81 | 667.93 |
| | | | | | | | SUI | | 4.72 | 23.04 |
| | | | | | | | WORK COMP | | 227.51 | 1,110.83 |
| | | | | | | | METLIFE #1 | | 6.33 | 31.65 |
| | | | | | | | BLUESHIELD | | 682.73 | 3,413.65 |
| | | | | | | | DDP | | 67.90 | 339.50 |
| | | | | | | | ALL OTHER | | 105.92 | |

| ******* LEAVE BALANCES ******* | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | | FEDERAL | 7,463.29 | FEDERAL | 36,317.85 | GROSS PAY | 9,483.33 |
| SICK LEAVE | 866.00 | STATE | 7,463.29 | STATE | 36,317.85 | REDUCTIONS | 2,020.04 |
| AS OF DATE | 03-31-2018 | MEDI GROSS | 9,435.33 | MEDI GROSS | 46,064.01 | TAXES | 1,863.18 |
| | | OASDI GROSS | | OASDI GROSS | | DEDUCTIONS | 172.92 |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 9,483.33 | GROSS EARN'S | 46,304.01 | NET PAY | $5,427.19 |
| DISTRICT NAME | | DISTRICT ADDRESS | | | | | |
| GLENDALE UNIFIED | | 223 N JACKSON ST | | GLENDALE, CA 91206 | | | |

GLENDALE UNIFIED

NO. 3362316

Date Issued 05-01-2018

Amount $5,427.19

*FIVE THOUSAND FOUR HUNDRED TWENTY-SEVEN AND 19/100 DOLLARS

NOT NEGOTIABLE

LOCATION 562
ACCRUAL DATE
04-30-2018

JACQUELINE R TABOR
5014 WHITSETT AVE UNIT 3
VALLEY VLG, CA 91607

NET PAY IN THE AMOUNT OF $5,427.19
HAS BEEN DEPOSITED TO YOUR ACCOUNT